## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROYA F. WHITE,<br>an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>OLD GERMANY RESTAURANT, INC.,<br>an Oklahoma corporation;<br>TUREK'S TAVERN,<br>an Oklahoma corporation; and<br>MIKE FRITZ TUREK,<br>an Individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-17-1244-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On January 4, 2018, the Court entered an order directing plaintiff to pay the $400.00 filing fee by January 9, 2018 and advising plaintiff that if the filing fee is not paid, the Court would dismiss this action without prejudice. Upon review of the Court file, the Court finds that plaintiff has not paid the filing fee. Accordingly, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED this 16th day of January, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE